| | AUSA: | Kathryn E. Boyles | Telephone: (313) 226-9556 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Wayne Williams | Telephone: (313) 550-7945 |

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
v.
Gilberto CHAVEZ-CHAVEZ

Case No.  2:25-mj-30380
Judge: Unassigned,
Filed: 06-10-2025 At 05:58 PM
CMP USA v. GILBERTO CHAvEZ-CHAvEZ (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 7, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about June 7, 2025, in the Eastern District of Michigan, Southern Division, Gilberto Chavez-Chavez, an alien from Guatemala, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about November 15, 2019, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Wayne Williams, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __June 10, 2025__

*Judge's signature*

City and state: __Detroit, MI__

Elizabeth Stafford, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent employed with the United States Department of Homeland Security, United States Border Patrol (USBP). I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Gilberto CHAVEZ CHAVEZ (DOB xx/xx/1992), aka Luis Fernando Vasquez Chavez (DOB xx/xx/1996), an alien who has previously been removed from the United States on or about November 15, 2019, at or near Brownsville, Texas, and was thereafter found in the United States on or about June 7, 2025, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Section 1326(a).

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include USBP Agents, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to CHAVEZ CHAVEZ. I have not included every fact known to law enforcement related to this investigation.

4. CHAVEZ CHAVEZ is a thirty-three-year-old citizen and a native of Guatemala who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On or about February 11, 2013, United States Border Patrol (USBP) agents encountered CHAVEZ CHAVEZ at or near South Komelik, Arizona. He gave USBP Agents his brother's name, Luis Fernando Vasquez Chavez, and his brother's date of birth (xx/xx/1996) to present himself as a juvenile to immigration authorities and avoid detention. The next day, he was served with

1

a Form I-862, Notice to Appear, for removal proceedings in Detroit, Michigan and released by immigration authorities.

6. On or about April 14, 2014, CHAVEZ CHAVEZ did not appear for his immigration court hearing and he was removed from the United States to Guatemala *in absentia* by an immigration judge in Detroit, Michigan.

7. On or about June 24, 2019, the Oakland County Sheriff's Office arrested CHAVEZ CHAVEZ for a traffic offense and notified immigration authorities. Immigration and Customs Enforcement (ICE) Deportation Officers arrested CHAVEZ CHAVEZ at the Oakland County Jail, and processed him for removal from the United States on the outstanding removal order from April 14, 2014. At the time of his arrest, he provided immigration authorities with the name Gilberto CHAVEZ CHAVEZ.

8. On or about July 24, 2019, CHAVEZ CHAVEZ was removed from the United States to Guatemala via Alexandria, Louisiana.

9. On or about November 2, 2019, USP Agents arrested CHAVEZ CHAVEZ at a checkpoint near Laredo, Texas. CHAVEZ CHAVEZ admitted that he re-entered the United States illegally by swimming across the Rio Grande River.

10. On or about November 15, 2019, CHAVEZ CHAVEZ was removed from the United States to Guatemala via Brownsville, Texas.

11. On or about June 7, 2025, USBP Agents arrested CHAVEZ CHAVEZ near Detroit, Michigan after responding to a call for assistance from the Warren Police Department. CHAVEZ CHAVEZ had been stopped by local law enforcement for a defective license plate and no proof of insurance, and police needed assistance to verify his identity. USBP Agents verified CHAVEZ CHAVEZ's identity and immigration history from database checks and then arrived on scene to verify the information through an immigration inspection.

12. On scene, USBP Agents identified themselves, questioned CHAVEZ CHAVEZ, confirmed his identity and that he was present in the United States without having been inspected and admitted or paroled. USBP Agents placed

CHAVEZ CHAVEZ under arrested and transported him to the USBP Detroit Station for processing.

13. The arrest and subsequent detention of CHAVEZ CHAVEZ was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

14. CHAVEZ CHAVEZ's fingerprints and photograph were captured and searched in federal law enforcement databases. The fingerprints returned with a positive match for Gilberto CHAVEZ CHAVEZ (aka Luis Fernando Vasquez Chavez), a native and citizen of Guatemala who had previously been removed from the United States. CHAVEZ CHAVEZ told immigration agents that he used his brother's name and date of birth because it is easier to remember.

15. A review of CHAVEZ CHAVEZ's immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that CHAVEZ CHAVEZ did not obtain the permission or express consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on November 15, 2019.

16. Based on the above information, I believe there is probable cause to conclude that Gilberto CHAVEZ CHAVEZ, aka Luis Fernando Vasquez Chavez, is an alien who has previously been removed from the United States on or about November 15, 2019, at or near Brownsville, Texas and was thereafter found in the United States on or about June 7, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

_Wayne Witt_
Wayne Williams, Border Patrol Agent
Immigration and Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_Elizabeth A. Stafford_
Honorable Elizabeth A. Stafford
United States Magistrate Judge